# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.2:19-CR-50  JCM (cwh) |
| Plaintiff(s), | |
| v. | ORDER |
| TYLER GEORGE FARMER, | |
| Defendant(s). | |

Presently before the court is defendant Tyler George Farmer's motion for appointment of counsel and motion to seal financial affidavit. (ECF Nos. 7, 8). Defendant requests that the court appoint Federal Public Defender Heidi A. Ojeda as his counsel to assist him in requesting early termination of supervised release. (ECF No. 7, at 2). Defendant also asks that his financial affidavit, filed in support of his appointment motion, remain under seal as it contains sensitive personal information. (*Id.*, at 1).

After reviewing the defendant's motion and financial affidavit, the court finds that the defendant meets the requirements for appointment of counsel. The court therefore GRANTS the defendant's motion for appointment of counsel. (ECF No. 7).

The court also finds that compelling reasons exist to GRANT the defendant's motion to seal his financial affidavit as it contains sensitive, personal information. (ECF No. 8). The need to keep the information in the affidavit sealed outweighs the public's interest in disclosure and access to court records. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (explaining that courts must balance the competing interests "of the public and the

. . .

. . .

1. party who seeks to keep certain judicial records secret"). The clerk is INSTRUCTED to maintain ECF No. 9 under seal.

    IT IS SO ORDERED.

    DATED February 23, 2024.

                                                                       _____
                                                                  UNITED STATES DISTRICT JUDGE